United States Courts
Southern District of Texas
ENTERED

APR 2 1 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | CRIM. NO.: H-00-179   (01) |
| § | CIVIL NO.: H-05-1358 |
| Monique Lusk, § | |

## O R D E R

Pending before this Court is Defendant's Motion Under 28 USC §2255 to Vacate, Set Aside, or Correct Sentence  (Inst # 26).

The Government shall file a response addressing the merits of the Motion on or before June 3, 2005.  Failure to respond shall be construed as nonopposition to Defendant's motion.

SIGNED at Houston, Texas, on this __21__ day of _apr_, 2005.

_____
DAVID HITTNER
UNITED STATES DISTRICT COURT