IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONIQUE LYNNETTE LUSK, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-05-1358 |
| | § | Criminal Action No. H-00-179-01 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |
| | § | |

## FINAL JUDGMENT

As Petitioner Monique Lynnette Lusk's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By A Person In Federal Custody (Civil Document No. 1, Criminal Document No. 128) has been denied, and the United States of America's Motion for Summary Judgment (Criminal Document No. 133) has been granted, the Court hereby

DISMISSES Monique Lynnette Lusk's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By A Person In Federal Custody.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 19th day of July, 2005.

_____
DAVID HITTNER
United States District Judge